FILED

AUG - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _ZF_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2626-H |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| DAYANA MORENO-PEREZ (1), CLAUDIA DENISSE BRAVO-SERRANO (2), | |
| Defendants. | |

The United States Attorney charges:

On or about July 9, 2008, within the Southern District of California, defendants DAYANA MORENO-PEREZ and CLAUDIA DENISSE BRAVO-SERRANO, did knowingly and intentionally import approximately 37.98 kilograms (83.56 pounds) of Marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: August 7, 2008.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:Imperial
8/6/08