AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA


FILED
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| CLAUDIA DENISSE BRAVO-SERRANO | CASE NUMBER: 08-2626-H-02 |

I, CLAUDIA DENISSE BRAVO-SERRANO, the above named defendant, who is accused of committing the following offense:

Importation of Marijuana and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8-7-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Claudia Bravo Serrano*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judicial Officer